# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Julio Rodriguez,

    Petitioner,

v.

David Gray, Warden,
Belmont Correctional Institution,

    Respondent.

Case No. 2:18-CV-114

Judge Michael H. Watson
Magistrate Judge Chelsey M. Vascura

## OPINION AND ORDER

On February 12, 2018, Petitioner, a state prisoner, sought a petition for a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. On March 19, 2018, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the petition be transferred to the Sixth Circuit as successive because it constitutes Petitioner's second attempt to challenge the same 1995 state court conviction under § 2254. ECF No. 4. A review of this Court's docket in *Rodriguez v. DeWitt*, Case No. 2:99-cv-879 (S.D. Ohio, Sept. 10, 1999) also reveals that Petitioner could have brought the claims that he currently asserts—involving allegations about the state court judge's actions in 1995—in his previous § 2254 action. *In re Bowen*, 436 F.3d 699, 704 (6th Cir. 2006) (citing *McClesky v. Zant*, 499 U.S. 467, 489 (1991)). Moreover, although Petitioner was advised of the right to object to the Magistrate Judge's R&R, and of the consequences of failing to do so, no objections have been filed. The R&R, ECF

No. 4, is therefore, **ADOPTED** and **AFFIRMED**. Petitioner's motion to amend is **DENIED**.

   IT IS SO ORDERED.

                  */s/ Michael H. Watson*
                 **MICHAEL H. WATSON, JUDGE**
                 **UNITED STATES DISTRICT COURT**